# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS
# AT WICHITA, KANSAS

| | |
|---|---|
| L. B., a minor, by and through his parents ) <br> HANH and CONRAD BROCKETT ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> DAMARIS ORTIZ, HARVEY C. ) <br> HARREL D/B/A PITTER ) <br> PATTER DAYCARE, ) <br> ) <br> Defendants. ) | Case No. |

## COMPLAINT

COME NOW Plaintiffs, L.B. (a minor), by and with his parents HANH and CONRAD BROCKETT by counsel, William L. Barr, Jr. of BULL ATTORNEYS, P.A. and for their claims against Defendants, DEMARIS ORTIZ and HARVEY C. HARREL, D/B/A PITTER PATTER DAYCARE, states:

## FACTUAL ALLEGATIONS

1. Plaintiff, L.B. (a minor), lives with his parents who are citizens and residents of Oklahoma.

2. This Court has proper venue and jurisdiction over the parties and subject matter.

3. Defendant, DEMARIS ORTIZ, is a citizen and resident of Kansas who may be served with process at 1540 N. Fairview Avenue, Liberal, KS 67901.

4. Defendant, HARVEY C. HARREL, is a citizen and resident of Kansas who may be served at 400 Griffith Avenue, Liberal, KS 67901-4302.

5. Prior to and on March 24, 2021 both Defendants were doing business as PITTER PATTER DAYCARE (PITTER PATTER) at 400 Griffith Avenue, Liberal KS.

1

5. This action is brought pursuant to   on the basis of diversity of citizenship. The matter is in excess of the sum of Seventy-Five Thousand and no/100 Dollars ($75,000.00) exclusive of interest and costs.

5. Prior to and on March 24, 2021 both Defendants were in the business of providing daycare services for monetary compensation for infants and toddlers at its daycare facility 400 Griffith Avenue in Liberal, Kansas.

6. On March 24, 2021 Plaintiff, L.B. was one year old and was enrolled by his parents at PITTER PATTER to receive daycare services provided by Defendants at 400 Griffith Avenue in Liberal, KS.

7. On March 24, 2021 Plaintiff, L.B. sustained a fractured right femur while in the exclusive care and custody of Defendants doing business as PITTER PATTER DAYCARE.

## COUNT I – NEGLIGENCE – ORTIZ

8. For paragraph 8 of his Complaint Plaintiffs re-alleges and incorporates paragraphs 1 -7 above, as though fully set forth herein.

9. At the abovementioned time and place and at all times herein relevant, Defendant, DAMARIS ORTIZ, was negligent both individually and by her employees or agents in one or more of the following respects:

    A. Failed to monitor the activities of plaintiff;

    B. Failed to exercise reasonable care for infants and toddlers entrusted to her;

    C. Failed to monitor infants and toddlers entrusted to her care;

    D. Failed to train the employees of the Daycare Center to be vigilant in caring for toddlers entrusted to it;

    E. Failed to monitor the activities of toddlers at all times;

    F. Failed to meet the standard of care required of a licensed Daycare center;

    G. Was otherwise negligent in failing to care for and protect plaintiff from physical harm while in the exclusive care and custody of PITTER PATTER DAYCARE

10. As a proximate result of the negligent actions and omissions of Defendant, ORTIZ, individually and by its employees, agents, independent contractors or servants doing business as PITTER PATTER DAYCARE, Plaintiff, L.B., suffered serious and permanent injuries to his body including a fractured right femur. Plaintiff has been damaged with pain and suffering, mental anguish, loss of time, loss of enjoyment of life, medical expenses, economic loss, permanent disfigurement, and permanent disability. In the future, Plaintiff will suffer with pain and suffering, mental anguish, loss of enjoyment of life, medical expenses, economic loss, permanent disability. In addition, Plaintiff's parents, HANH and CONRAD BROCKETT have incurred medical expense on behalf of L. B. for his medical care and treatment for his injuries. For the aforementioned damages, Plaintiff has been damaged in an amount in excess of SEVENTY-FIVE THOUSAND DOLLARS ($75,000.00).

## COUNT II – NEGLIGENCE – HARREL

11. For paragraph 11 of his Complaint Plaintiffs re-allege and incorporate paragraphs 1-10 above, as though fully set forth herein

12. At the abovementioned time and place and at all times herein relevant, Defendant, HARVEY C. HARREL, was negligent both individually and by his employees or agents in one or more of the following respects:

      A.      Failed to monitor the activities of plaintiff;

      B.      Failed to exercise reasonable care for infants and toddlers entrusted to her;

      C.      Failed to monitor infants and toddlers entrusted to her care;

      D.      Failed to train the employees of the Daycare Center to be vigilant in caring for toddlers entrusted to it;

      E.      Failed to monitor the activities of toddlers at all times;

      F.      Failed to meet the standard of care required of a licensed Daycare center;

      G.      Was otherwise negligent in failing to care for and protect plaintiff from physical harm while in the exclusive care and custody of PITTER PATTER DAYCARE

13. As a proximate result of the negligent actions and omissions of Defendant, HARREL, individually and by its employees, agents, independent contractors or servants doing business as PITTER PATTER DAYCARE, Plaintiff, L.B., suffered serious and permanent injuries to his body including a fractured right femur. Plaintiff has been damaged with pain and suffering, mental anguish, loss of time, loss of enjoyment of life, medical expenses, economic loss, permanent disfigurement, and permanent disability. In the future, Plaintiff will suffer with pain and suffering, mental anguish, loss of enjoyment of life, medical expenses, economic loss, permanent disability. In addition Plaintiff's parents, HANH and CONRAD BROCKETT have incurred medical expense on behalf of L. B. for his medical care and treatment for his injuries. For the aforementioned damages, Plaintiff has been damaged in an amount in excess of SEVENTY-FIVE THOUSAND DOLLARS ($75,000.00).

## COUNT III – RES IPSA LOQUITUR- ORTIZ and HARRELL

14. For paragraph 14 of their Complaint Plaintiffs re-allege and incorporate paragraphs 1-13 above, as though fully set forth herein.

15. As alleged, the injuries suffered by L.B. (minor) do not happen to a one year old toddler entrusted to a daycare center without negligence in that daycare center over which Defendants had exclusive control at the time Plaintiff, L.B., suffered his injuries including a fractured femur, which was caused in no part by the plaintiff.

16. As a proximate result of the negligent actions and omissions of Defendants, individually and by their employees, agents, independent contractors or servants doing business as PITTER PATTER DAYCARE, Plaintiff, L.B., suffered serious and permanent injuries to his body including a fractured right femur. Plaintiff has been damaged with pain and suffering, mental anguish, loss of enjoyment of life, medical expenses, economic loss, permanent disfigurement, and permanent disability. In the future, Plaintiff will suffer pain, mental anguish, loss of enjoyment of life, medical expenses, economic loss, permanent disability. In addition, Plaintiff's parents, HANH and CONRAD BROCKETT have incurred medical expense on behalf of L. B. for his medical care and treatment for his injuries. For the aforementioned damages, Plaintiff has been damaged in an amount in excess of SEVENTY-FIVE THOUSAND DOLLARS.

WHEREFORE, Plaintiff, L. B., and his parents HANH and CONRAD BROCKETT pray for judgment against Defendants, DAMARIS ORTIZ and HARVEY C. HARREL D/B/A PITTER PATTER DAYCARE, in an amount in excess of SEVENTY-FIVE THOUSAND DOLLARS ($75,000.00), for their damages, for their costs incurred in bringing this action, and for such other and further relief as the Court deems just and equitable.

---

**BULL ATTORNEYS, P.A.**
*/s/ William L. Barr, Jr.*
William L. Barr, Jr., # 26775
10111 E. 21st Street, Suite 204
Wichita, Kansas 67206
316-684-4400/Fax: 316-684-4405
bill@bullattorneys.com
*Attorneys for Plaintiff*

### DEMAND FOR PRETRIAL CONFERENCE AND JURY TRIAL

COMES NOW Plaintiff and demands a pretrial conference and a trial by jury in this matter.

### DESIGNATION FOR PLACE OF TRIAL

COMES NOW Plaintiff and designates Wichita, Kansas as the place for trial in this matter.

**BRAD PISTOTNIK LAW, P.A.**

*/s/ William L. Barr, Jr.*
William L. Barr, Jr. #26775